GREGORY A. BROWER
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:08-cr-_027_ |
| VS. | **VIOLATIONS:** |
| GREGORY HOFFMAN, | 18 U.S.C. §2252A(a)(1) - Transporting Child Pornography; |
| DEFENDANT. | 18 U.S.C. §2252A(a)(2) - Receipt of Child Pornography; |
| | 18 U.S.C. §2252A(a)(5)(B) - Possession of Child Pornography; |
| | 18 U.S.C. §2253 - Criminal Forfeiture |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Transporting Child Pornography

On or about July 2, 2007, in the State and Federal District of Nevada and elsewhere,

**GREGORY HOFFMAN,**

defendant herein, did knowingly mail, transport and ship in interstate and foreign commerce by any means, including by computer, child pornography as defined in Title 18, United States Code, Section 2256(8), in violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT TWO
### Receipt of Child Pornography

From an unknown time to on or about August 15, 2007, in the State and Federal District of Nevada,

**GREGORY HOFFMAN,**

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in interstate commerce and foreign commerce by any means including by computer; and material containing child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT THREE
### Possession of Child Pornography

From an unknown time to on or about August 15, 2007, in the State and Federal District of Nevada,

**GREGORY HOFFMAN,**

defendant herein, did knowingly possess any book, magazine, periodical, film, videotape, computer disk and any other material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in interstate and foreign commerce by any means including by computer, and that were produced using materials that had been mailed and shipped and transported in interstate and foreign commerce, by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

. . . .

. . . .

## FORFEITURE ALLEGATION

As a result of committing the offenses in violation of Title 18, United States Code, Sections 2252A(a)(1), 2252A(a)(2) and 2252A(a)(5)(B), set forth above,

**GREGORY HOFFMAN,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253 (a)(3), all visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, and 2252A and all items containing such visual depictions, which were transported, shipped and received in violation of Title 18, United States Code, Section 2252A and all property, real and personal, used and intended to be used to commit and promote the commission of the aforestated offense, including but not limited to, the following properties: computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained.

**DATED**: this 30th day of January 2008.

**A TRUE BILL:**

/s/
FOREPERSON OF THE GRAND JURY

GREGORY A. BROWER
United States Attorney

NANCY J. KOPPE
Assistant United States Attorney

3