PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. 2:08-CR-027 |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: GREGORY HOFFMAN |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT — LAS VEGAS<br>DISTRICT OF NEVADA — Divisional Office | Address: [FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD  JAN 30 2008] |
| Name and Office of Person Furnishing Information on THIS FORM: TERRIE MURRAY<br>☐ U.S. Atty ☐ Other U.S. Agency<br>Phone No. | ☐ Interpreter Required  Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): NANCY KOPPE | Birth Date _____ ☐ Male ☐ Alien<br>☐ Female (if applicable) |

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
ICE - SA MARTIN YATES

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: DISTRICT OF NEVADA    County

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
    ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18/2252A(a)(1) | TRANSPORTING CHILD PORNOGRAPHY | 1 |
|   | 18/2252A(a)(2) | RECEIPT OF CHILD PORNOGRAPY | 2 |
|   | 18/2252A(a)(5)(B) | POSSESSION OF CHILD PORNOGRAPHY | 3 |