FID # 1444008

⚖AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of NEVADA

UNITED STATES OF AMERICA

V.

GREGORY HOFFMAN

**WARRANT FOR ARREST**

Case Number: 2:08-CR-027

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   GREGORY HOFFMAN

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)

TRANSPORTING CHILD PORNOGRAPHY; RECEIPT OF CHILD PORNOGRAPY; POSSESSION OF CHILD PORNOGRAPHY

in violation of Title   18   United States Code, Section(s)   2252A(a)(1); 2252A(a)(2); 2252A(a)(5)(B)

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

January 30, 2008
DATE

Las Vegas, Nevada

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Middleton, NY

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/31/08 | FBI | *Dury Dewey* for FBI |
| DATE OF ARREST 3/28/08 | | |

AO 442   (Rev. 10/03) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____