FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
RICHARD F. BOULWARE
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577 (Voice)
(702) 388-6261 (Fax)

Attorneys for Defendant,
 GREGORY HOFFMAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>GREGORY HOFFMAN,<br><br>           Defendant. | 08-cr-027-RCJ-LRL<br><br>**NOTICE OF APPEARANCE** |

   NOTICE is hereby given that Assistant Federal Public Defender Richard F. Boulware will serve as counsel for the above-captioned defendant.

   Counsel's address is as follows:

>   Federal Public Defender's Office
>   411 E. Bonneville Avenue, Ste. 250
>   Las Vegas, Nevada 89101

   DATED this 23 day of April, 2008.

                                              FRANNY A. FORSMAN
                                              Federal Public Defender

                                              /s/ Richard F. Boulware
                                              _____
                                              RICHARD F. BOULWARE
                                              Assistant Federal Public Defender

1

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the FEDERAL PUBLIC DEFENDER, and that on the 24 day of April, 2008, I did send via electronic filing, the foregoing **NOTICE OF APPEARANCE** to:

GREGORY A. BROWER
United States Attorney
PETER LEVITT
Assistant United States Attorney


/s/ Eleanor Dolan
_____
Eleanor Dolan, an Employee of the Law Office of the
Federal Public Defender

O:\TRIAL UNIT\RFB\Clients\Active\HOFFMAN, Gregory\Pleadings\Not of Appr.wpd

2