UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE **March 8, 2007** TERM. 07-1 | MINUTES OF COURT DATE: May 14, 2008 @ 1:16 PM-1:20 PM |

PRESENT: The Honorable     Peggy A. Leen    , U.S. Magistrate Judge.

DEPUTY CLERK:    Araceli Bareng Catu        REPORTER:    Joyce Dennehy

UNITED STATES ATTORNEY:   Christina Brown

A roll call of the Grand Jury is taken with   **21**   members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are   **1**   SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| | | |
|---|---|---|
| **2:08-CR-144** | **FERNANDO ARELLANO-ZUNIGA** | **WARRANT** |
| **2:08-CR-145** | **JOHN MICHAEL BURKEY** STATE CUSTODY - OHIO - WRIT FILED | **WARRANT** |
| **2:08-CR-146** | **KENNETH LANCASTER** STATE CUSTODY - IN TRANSIT - WRIT TO FOLLOW | **WARRANT** |
| **2:07-CR-172 KJD RJJ** | **SEALED - 1 DEFENDANT** | **WARRANT** |
| **2:08-CR-027 RCJ LRL** | **GREGORY HOFFMAN** LOCAL FEDERAL CUSTODY | **CUSTODY** |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:08-CR-027 RCJ LRL** will be held on **FRIDAY, May 23, 2008 @ 8:30am** before **MAGISTRATE JUDGE LAWRENCE R. LEAVITT, in courtroom 3C.**

**IT IS ORDERED** that the Initial Appearance and Arraignment and Plea as to: **2:08-CR-145** will be held on **Friday, June 13, 2008 @ 8:30 a.m.** before **MAGISTRATE JUDGE PEGGY A. LEEN, in courtroom 3B.**

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining case(s) will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk

United States District Court

/S/

Araceli Bareng Catu, Deputy Clerk