DANIEL G. BOGDEN
United States Attorney
ADAM M. FLAKE
Assistant United States Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 2:08-CR-027-GMN-LRL |
| vs. | ) **GOVERNMENT'S MOTION TO SEAL** |
| GREGORY HOFFMAN, | ) **DEFENDANT'S REPLY, CR 116** |
| Defendant. | ) (EXPEDITED TREATMENT REQUESTED) |
| _____ | ) |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and ADAM M. FLAKE, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing Hoffman's reply in support of his 28 U.S.C. 2255 petition, CR 116, filed on February 2, 2012. The Government submits that it is necessary for that document to be sealed in light of the fact that it names the minor victim in this case, in violation of Title 18, United States Code, Section 3509. The Government submits that its right to secrecy far outweighs the public's right to know.

DATED: this 3rd day of February, 2012.

DANIEL G. BOGDEN
United States Attorney


 /s/ Adam M. Flake
ADAM M. FLAKE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,  )
                              )  2:08-CR-027-GMN-LRL
           Plaintiff,  )
                              )
     vs.  )
                              )
GREGORY HOFFMAN,  )
                              )
           Defendant.  )
_____  )

    Based on the pending Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the defendant's reply in support of his 28 U.S.C. § 2255 petition,

CR 116, filed February 2, 2012, in the above-captioned matter shall be sealed.

    **DATED** this 3rd day of February, 2012.

_____
Gloria M. Navarro
United States District Judge

2