# United States District Court
## District of Nevada

| | |
|---|---|
| United States of America, Plaintiff | Case No. 2:08-CR-027-GMN-GW |
| vs | |
| Gregory Hoffman, Defendant | |

## Motion To Abolish Financial Obligation and Judgement

The Defendant Humbly Comes Before This Court on the 1st Day of The Month of June, 2014 To File This Motion To Abolish and/or Eradicate his Financial Obligation of Judgement.

The Defendant was ordered To pay a Total Amount of $152,452.91

The Defendant, Gregory Hoffman Feels as if he should not be obligated To pay This Restitution based on The Following Argument(s): "Proximate Causation"

(1)

# United States District Court
## District of Nevada

Case No. 2:08-cr-027-GMN-GWF

## Argument(s):

1.) The Government cannot link the aforementioned amount of restitution imposed to the harm that was proximately caused by the Defendant's offense / Conduct.

"Proximate cause" would be defined as something coming or happening before or after something in a way that shows a "very close" and "direct relationship."

Since the Defendant Never even met the Victim in person whatsoever he has no direct or very close relationship with her, and should not be held accountable for the abuse she suffered at the hands of another individual. That other individual, being her Father, would have "proximate cause", and he would be the one financially liable in this case. Please see 28 U.S.C. § 2259(b)(3)(F)

* Also please see 9th Circuit Case Law US v Aguirre, Feb 16, 2011, US v Kennedy Feb. 9, 2011, And US v Baxter Aug. 30, 2010

(2)

Case No. 2:08-cr-027-GMN-GWF

Argument(s):

2.) The Proximate Result Language are matters of Statutory Construction Listed in 28 U.S.C. § 2259(b)(3)(F), and The Defendant asks This Honorable court To Take That into consideration When making a Decision on This Matter. It is Therefore without Further Ado That The Defendant, Gregory Hoffman Asks This Court To Extirpate The Court Ordered Restitution Against Him on This 1st Day of The Month of June, 2014.

The Defendant Humbly prays and Seeks Judgement in His Favor For This motion To Abolish Financial Obligation. Thank you.

Gregory Hoffman 84958-054
USP Marion
P.O. Box 1000
Marion, IL 62959

*[signature]*

June 1, 2014