# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GREGORY HOFFMAN,

        Defendant.

Case No.: 2:08-cr-00027-GMN-GWF

**ORDER**

Before the Court is Defendant Gregory Hoffman's Motion to Abolish Financial Obligation and Judgment (ECF No. 149), the Government's Motion to Dismiss Defendant's Motion to Abolish (ECF No. 150), and Defendant's Response to the Government's Motion to Dismiss (ECF No. 151).

The Defendant explicitly agreed in the plea agreement that he signed on November 25, 2009 (ECF No. 43) to pay restitution, and Defendant has failed to demonstrate any legal basis for his request to have his financial obligation abolished.

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss (ECF No. 150) Motion to Abolish Financial Obligation and Judgment (ECF No. 149) is **GRANTED**, and Defendant Gregory Hoffman's Motion to Abolish Financial Obligation and Judgment (ECF No. 149) is **DENIED**.

**DATED** this 29th day of August, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge