FILED

UNITED STATES COURT OF APPEALS

SEP 01 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff - Appellee,<br><br>v.<br><br>GREGORY HOFFMAN,<br><br>     Defendant - Appellant. | No. 14-10466<br><br>D.C. No. 2:08-cr-00027-GMN<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before:    McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

On July 28, 2015, this court ordered appellant to show cause why this appeal should not be summarily affirmed. Having reviewed the record, the opening brief, and the parties' responses to the order to show cause, we conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**