# United States District Court
## District of Nevada

Re: Case No. 2:08-CR-27-RCJ-LRL (and/or) GMN

## Motion For Relief via House Arrest

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
MAY 15 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Comes Now The Defendant on This 12th Day of May, 2020 To Humbly motion This Honorable Court To Grant The Defendant, Gregory Hoffman, Temporary Relief From a High Risk Environment To Covid-19 Exposure. The Defendant Asks The court To consider placing Him on Temporary House Arrest in The custody of either his Brother, Christopher Stolfe, 100 Kensington Blvd., Unit 306, Bluffton, SC 29910 (or) his sister, Susan Willis, 1818 Daly Dr., Harrison, AR 72601.

Mr. Hoffman Asks The court To consider The Following Two incentives That would motivate This court To Rule in his Favor. Enclosed please Review <u>Exhibit A</u> as proof of claim.

1.) Mr. Hoffman is a Type-1 Diabetic with an immune System That is Deemed by medical professionals To be considered "High-Risk" For Exposure To Covid-19 virus.

2.) Mr. Hoffman is currently Housed in a High-Risk Environment For Exposure To Covid-19 at USP Yazoo, Mississippi. On 5/2/2020 an inmate, Randall Bise, who was housed in The same Housing unit as Mr. Hoffman Died from Covid-19 exposure. Mr. Hoffman's Housing unit is currently in The midst of a medical quarantine as a Result from Mr. Bise's Death.

Mr. Hoffman Thanks The court For considering This motion.

5/12/20

Gregory Hoffman 84958-054
United States penitentiary
P.O. Box 5000, Unit M-2
Yazoo City, MS 39194

To: United States District Court
District of Nevada
333 Las Vegas Blvd. S
Court Clerk, Room 1334
Las Vegas, NV 89101

89101-706534

FILED ___ ___ RECEIVED
ENTERED ___ ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 15 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY