**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> GREGORY HOFFMAN, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:08-cr-00027-GMN-GFW <br><br> **ORDER** |

On April 16, 2020, the Chief Judge for the District of Nevada issued General Order 2020-06, which directed the Federal Public Defender (FPD) to determine an individual's eligibility to file a motion for compassionate release under the First Step Act. General Order 2020-06 also directed the FPD to consider prohibitive conflicts of interest in representing an individual on such motions.

On May 15, 2020, Defendant Gregory Hoffman ("Defendant") filed a pro se Motion for Compassionate Release under the First Step Act, (ECF No. 187). That same day, Assistant Federal Public Defender Sylvia Irvin filed a Notice of Conflict, (ECF No. 188), indicating there is a prohibitive conflict that precludes the FPD from ethically determining Defendant's eligibility to seek compassionate release. (Notice at 1–2, ECF No. 188). The FPD therefore asks the Court "to appoint CJA counsel to review his motion for eligibility, and if his motion is not frivolous, to assist Mr. Hoffman in the filing of a supplemental motion." (*Id.* at 2).

///

///

Accordingly,

**IT IS HEREBY ORDERED** that this case be referred to the CJA Appointment Clerk at the Federal Public Defender's Office for the appointment of CJA appellate counsel.

**IT IS FURTHER ORDERED** that CJA counsel shall have 21 days from the date of appointment to file a supplement to Defendant's pro se Motion for Compassionate Release, (ECF No. 187). The Government shall have 14 days thereafter to file its response.

**DATED** this  19   day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court